UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Emerson Scott Barnes, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Major Phillip Anderson, Captain Sharon ) <br> Middleton, and Lieutenant Lynda Butler, ) <br> ) <br> Defendants. ) <br> ) | C/A No. 04:06-cv-02463-GRA-TER <br><br> **ORDER** <br> (Written Opinion) |

This matter comes before the Court on Plaintiff's Motion to Dismiss, filed December 20, 2006. Plaintiff asks this Court to dismiss this pending action based on his inability to gather evidence and information in support of his case. Upon reviewing Plaintiff's motion, this Court hereby GRANTS Plaintiff's Motion to Dismiss without prejudice.

IT IS SO ORDERED.

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

February 23, 2007

Anderson, South Carolina